```
                 UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW HAMPSHIRE
```

Melvin Graham

    v.                                              Case No. 17-cv-154-JL

State of NH, et al.

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 12, 2017.

    **SO ORDERED.**

                                              _____
                                              Joseph N. Laplante
                                              United States District Judge

Date: November 6, 2017