```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Melvin Graham

      v.                                     Case No. 17-cv-154-PB

NH, State of, et al

### ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 12, 2017, and dismiss all claims in this action, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e)(2).

                                                  /s/ Paul Barbadoro
                                                  Paul Barbadoro
                                                  United States District Judge

Date: December 28, 2018

cc: Melvin Graham, pro se